> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: __9/8/2021__
>
> *[signature: Sarah Evans Barker]*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **DEMETRIUS LATHAM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No.: 1:20-cv-706-SEB-MJD |
| v. | ) |
| | ) |
| **PUBLIC SAFETY HEALTH SYSTEMS,** | ) |
| **INC., d/b/a PUBLIC SAFETY MEDICAL** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Demetrius Latham and Defendant, Public Safety Health Systems, Inc., d/b/a Public Safety Medical, by their respective counsel, hereby stipulate to the dismissal of this action with prejudice. Each party will bear its own costs.

Respectfully submitted,

*/s/ Jeffrey A. Macey*
Jeffrey A. Macey (#28378-49)
MACEY SWANSON LLP
445 N. Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204
Telephone: 317-637-2345
Facsimile: 317-637-2369
jmacey@maceylaw.com
*Attorney for Plaintiff*

Respectfully submitted,

*/s/ Amy J. Adolay (w/permission)*
Amy J. Adolay
KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN 46032
p: 317-238-6330
f: 317-636-1507
aadolay@kdlegal.com
*Attorney for Defendant*